UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X    07CV01684(AKH)
HANNA PIECZYNSKA,

                              Plaintiffs,

      - against –
                                                                      ANSWER

ALAN KASMAN DBA KASCO, ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC.
D/B/A BMS CAT, BOARD OF MANAGERS OF THE HUDSON
VIEW EAST CONDOMINIUM, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES,
LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC.,
ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP,
LLC. HUDSON VIEW EAST CONDOMINIUM, HUSDSON VIEW
TOWERS ASSOCIATES, INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., KASCO RESTORATION SERVICES CO, MERRILL LYNCH
& CO. INC, NOMURA SECURITIES INTERNATIONAL, INC.,
ONE WALL STREET HOLDINGS, LLC. STRUCTURE TONE (UK),
INC., STRUCTURE TONE GLOBAL SERVICES, INC.,TOSCORP INC.,
WESTON SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP.,
WFP TOWER B HOLDING CO., LP, AND WFP TOWER B. CO., L.P.
WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I
L.P., WFP TOWER D HOLDING CO II L.P., WFP TOWER D. CO.,
L.P., ET AL

                             Defendants.
------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated

August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       September 14, 2007

>Yours, etc.
>
>FRIEDMAN, HARFENIST, LANGER & KRAUT
>Attorneys for Defendant –Envirotech
>3000 Marcus Avenue, Suite 2E1
>Lake Success, New York 11042
>(516) 775-5800
>
>BY: _____
>        Heather L. Smar (4622)