UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-------------------------------------------------------------------X

| | |
|---|---|
| HANNA PIECZYNSKA, | 07-CV-1684-AKH |
| Plaintiff, | |
| | **APPEARANCE** |
| - against - | |
| ALAN KASMAN DBA KASCO, *et al.*, | |
| | **ELECTRONICALLY FILED** |
| Defendants. | |

-------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York          DICKSTEIN SHAPIRO LLP
        October 3, 2007

                                  By:    ___/s/ Judith R. Cohen___
                                             Judith R. Cohen (JC-8614)
                                             1177 Avenue of the Americas
                                             New York, New York 10036
                                             Phone: (212) 277-6500
                                             Fax: (212) 277-6501
                                             *Attorney for Defendant*
                                             MERRILL LYNCH & CO., INC.