UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER        21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

------------------------------------------------------------------x
HANNA PIECZYNSKA

                             Plaintiff,        Index No.: 07 cv 1684

   -against-

RELATED BPC ASSOCIATES, INC.,              **NOTICE OF APPEARANCE**
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,               **ELECTRONICALLY**
THE RELATED REALTY GROUP, INC. and         **FILED**
LIBERTY VIEW ASSOCIATES, L.P.,

                             Defendants.
------------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., L.P., THE RELATED COMPANIES, L.P., THE RELATED REALTY GROUP, INC., and LIBERTY VIEW ASSOCIATES, L.P.**

I certify that I am admitted to practice in this court.


Dated:    New York, New York
           January 23, 2008


                                        LONDON FISCHER LLP
                      By:   _____
                            Gillian Hines Kost (GK-2880)
                            59 Maiden Lane
                            New York, New York 10038
                            Phone: (212) 972-1000
                            Fax: (212) 972-1030

*Attorney for Defendants*
**RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC., and
LIBERTY VIEW ASSOCIATES, L.P.**

K: VGFutterman\WTC-Related\Plaintiff\Aristizabal\Pleadings\Notice of Appearance